676

No. 1078. NATIONAL ELECTRIC PRODUCTS CORP. v. TRI-ANGLE CONDUIT & CABLE CO., INC. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Dean S. Edmonds* for petitioner. *Messrs. Samuel E. Darby, Jr., Louis D. Fletcher,* and *Floyd H. Crews* for respondent.

No. 1095. PENNSYLVANIA RAILROAD Co. v. MILLER. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frederic D. McKenney, John S. Flannery, G. Bowdoin Craighill, R. Aubrey Bogley,* and *William F. Zearfaus* for petitioner. *Mr. J. P. Cox, Jr.* for respondent.

No. 1160. BOARD OF TRUSTEES OF THE TOWN OF CEBOL-LETA LAND GRANT v. L BAR CATTLE CO., INC. See *ante,* p. 645.

No. 976. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST CO., CONSERVATOR, v. UNITED STATES. May 4, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Warren E. Miller* for petitioner. *Solicitor General Fahy* and *Messrs. Julius C. Martin* and *Wilbur C. Pickett* for the United States.

No. 1031. JONES v. KANSAS ET AL. May 4, 1942. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis,* denied. *Virdo Jones, pro se.*